**United States Bankruptcy Court**
**Central District of Illinois**

**IN RE:**                                                                          Case No. _____

**Hardwick, Gene Thomas**                                     Chapter **11**

Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:        $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income:        $ **67,783.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor)        $ _____
4. Payroll Taxes        $ _____
5. Unemployment Taxes        $ _____
6. Worker's Compensation        $ _____
7. Other Taxes        $ _____
8. Inventory Purchases (Including raw materials)        $ _____
9. Purchase of Feed/Fertilizer/Seed/Spray        $ _____
10. Rent (Other than debtor's principal residence)        $ _____
11. Utilities        $ _____
12. Office Expenses and Supplies        $ _____
13. Repairs and Maintenance        $ _____
14. Vehicle Expenses        $ _____
15. Travel and Entertainment        $ _____
16. Equipment Rental and Leases        $ _____
17. Legal/Accounting/Other Professional Fees        $ _____
18. Insurance        $ _____
19. Employee Benefits (e.g., pension, medical, etc.)        $ _____
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):        $ _____

21. Other (Specify):        $ **44,060.00**
**See Continuation Sheet**

22. Total Monthly Expenses (Add items 3-21)        $ **44,060.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)        $ **23,723.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Hardwick, Gene Thomas** _____ Case No. _____
Debtor(s)

# BUSINESS INCOME AND EXPENSES
## Continuation Sheet - Page 1 of 1

Other:

| | |
|---|---:|
| **Transportation** | **157.00** |
| **Office Expense** | **155.00** |
| **Interest** | **13,238.00** |
| **Phone** | **400.00** |
| **Insurance** | **2,525.00** |
| **Repairs And Maintenance** | **7,620.00** |
| **Real Estate Taxes** | **12,427.00** |
| **Utilities** | **2,858.00** |
| **Other** | **205.00** |
| **Finance And Service Charges** | **579.00** |
| **Advertising** | **165.00** |
| **Professional Fees** | **483.00** |
| **Payroll** | **3,248.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only