UNITED STATES BANKRUPTCY COURT
CENTRAL AND SOUTHERN DISTRICT OF ILLINOIS

Case Name: __Gene T Hardwick__ Case Number: __11-91237__

Operating Report Summary* for Month of __7-31-2011__

Cash on hand from ending balance of prior month (or petition filing date if first report) ............... $ __9212.45__

**CASH RECEIPTS**
Cash Sales/Receipts ......... __Rent & Sec Dep__ ... $ __76510.32__
Collection of pre-petition accounts receivable ............. $ _____
Collection of post-petition accounts receivable ............ $ _____
Loans to Debtor-in-Possession ....................... $ _____
Contributions to capital or gifts ........................ $ _____
Other receipts ....................................... $ __919.25__
TOTAL RECEIPTS (Do not included beginning bank balance) ............. $ __77429.57__

**CASH DISBURSEMENTS**
Inventory purchases ................................. $ __—__
Net payments to Owners/Officers ..................... $ __1922.84__
Net payments to Other Employees ..................... $ __2609.40__
Rent & Lease payments ............................... $ __—__
Mortgage, Note & Adequate Protection Payments ......... $ __32427.20__
Insurance ........................................... $ __4256.83__
Tax payments - payroll and other __prior Qtr__ ......... $ __1156.30__
Advertizing & Marketing ............................. $ __—__
Payment to Attorneys & Other Professionals ............. $ __—__
UST Quarterly Fees .................................. $ __—__
All other Expenses ................................... $ __23018.58__
TOTAL DISBURSEMENTS ........................ $ __65391.15__

NET CASH FLOW (Total Receipts minus Total Disbursements) ............. $ __12038.42__

Cash on hand at end of month .............................................. $ __21250.87__

**CURRENT ASSETS:** Accounts Receivable at end of month ............... $ __82911__
Increase or (Decrease) in Accounts Receivable for month ............ $ __14218__
Inventory at end of month ........................... $ __N/A__
Increase or (Decrease) in Inventory for month ..................... $ __—__

**LIABILITIES:** Increase or (Decrease) in Post-petition debt ............................... $ __0-__
Increase or (Decrease) in Pre-petition debt ........................... $ __(20856.88)__ ①
Taxes payable: Federal Payroll Taxes .......... $ __423.87__
State Payroll Taxes ............ $ __71.03__
State Sales Taxes .............. $ __N/A__
Other (describe) ............... $ __—__
TOTAL TAXES PAYABLE .................................. $ __494.90__

* **NOTE:** Summary for electronic filing with the Bankruptcy Court.
For a complete set of Monthly Reports, please contact the Attorney for the Debtor-in-Possession.

Revised: 04/16/2009 (updated 05.06.2011)    Page 35 of 35

① prin. portion of normal monthly mortgage payments made (home mortgage is not included in this #) – no amort. sch available to split prin & int.