## CHAPTER 11 MONTHLY REPORT FOR CONFIRMED CASES

**Debtor Name:** Gene Thomas Hardwick
**Case Number:** 11-91237
**For the month of:** July 2012
**Confirmation Date:** June 20, 2012

### PLAN PAYMENTS MADE DURING THE MONTH:    MONTHLY TOTALS

| | |
|---|---|
| Administrative Expenses *(attached itemized list)* | 0 |
| Secured Creditors *(attached itemized list)* | 18053.73 |
| Priority Creditors *(attached itemized list)* | 0 |
| Unsecured Creditors *(attached itemized list)* | 0 |
| **Total Plan Payments** | 18053.73 |

### CASH FLOW REPORT:    MONTHLY TOTALS

| | |
|---|---|
| Total Receipts | 51,054.35 |
| Total Disbursements *including plan payments* | 48,834.59 |
| **Net Cash Flow** (Total Receipts minus Total Disbursements) | 2219.76 |

1. Have all property sales and transfers described in the plan been completed?   YES  (NO)
   If **no**, please provide an explanation: 1) PARK PLACE HAS A 60 DAY WAITING PERIOD  2) VAN HAS 1 YEAR TIME LIMIT; ALL OTHER TRANFERS OCCURED

2. Have any distributions been made to any owners/stockholders of the debtor?   YES  (NO)
   If **yes**, please provide an explanation (exclude wages): regular draw - excluded the same as wages (he is self employed) - no unusual distributions

3. Have all claims been resolved?   (YES)  NO
   If **no**, please provide an explanation: Payment schedule is part of plan

The undersigned certifies under penalty of perjury that the information contained in this report is complete, true and correct to the best of his/her knowledge, information, and belief.

Signature: Peggy J Hardwick (Accountant to the Debtor)   Date: 8/13/12

*revised 06.23.2011*

Itemized Payees - Last month
7/1/2012 through 7/31/2012

8/13/2012                                                                                              Page 1

| Date | Account | Num | Category | Tag | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **OUTFLOWS** | | | | | | | **-18,053.73** |
| **#48580** *EDGAR CO LOAN* | | | | | | | **-9,825.00** |
| 7/14/2012 | EDGAR CO CHKG OPERA... | EFT | S --Split-- | | | R | -9,825.00 |
| **#48581** *EDGAR CO LOAN* | | | | | | | **-1,175.00** |
| 7/14/2012 | EDGAR CO CHKG OPERA... | EFT | S --Split-- | | | R | -1,175.00 |
| **FIFTH THIRD** | | | | | | | **-1,595.40** |
| 7/16/2012 | EDGAR CO CHKG OPERA... | EFT | VAN LOAN | | | R | -1,595.40 |
| **LONGVIEW** | | | | | | | **-5,458.33** |
| 7/13/2012 | EDGAR CO CHKG OPERA... | EFT | LONGVIEW | | | R | -4,982.14 |
| 7/13/2012 | EDGAR CO CHKG OPERA... | EFT | LONGVIEW $... | | | R | -476.19 |
| | | | | | **OVERALL TOTAL** | | **-18,053.73** |